IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY FERRY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:13-cv-02031 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : : : | Hon. John E. Jones III |
| | : | |
| Defendant. | : | |

## ORDER

April 23, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Stacey Ferry as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Stacey Ferry disability insurance benefits is affirmed.

3. The Clerk of Court shall **CLOSE** this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge